# Exhibit "A"

**ORELLANA FAMILY TREE**

# ORELLANA FAMILY TREE

