

October 31, 2025

Honorable James R. Cho
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** ***Ionian RE, LLC et al. v. Patricio Cedillo et al. 24 cv 7969 (DG)(JRC)***

Dear Judge Cho:

      As this Court is aware, this office represents the Plaintiffs in the above-referenced action.

      Plaintiffs construe the Court's October 30, 2025 order as a request for a status report, which has not been previously imposed. We acknowledge that Plaintiffs previously requested, with defendants' consent, an adjournment of the earlier scheduled conference in this matter indicating an intent to file an amended complaint. Preparation of the amended complaint is ongoing. Due to additional time constraints and other obligations for which this firm is responsible, however, the amended complaint is not yet complete. Accordingly, Plaintiffs consented to the Wingate Defendants' request for an adjournment of the November 4, 2025 conference upon their request for additional time to review the amended complaint in advance of such.

      Plaintiffs have never expressed that they would voluntarily discontinue this action and, if inclined to do so, would have notified the Court and parties long ago. Importantly, until yesterday, Defendants have not made any inquiries whatsoever as to Plaintiffs' position since before the earlier scheduled conference which was adjourned. Yesterday, Plaintiffs consented to the adjournment request but were never asked to consent to the imposition of a deadline for an amended complaint. Plaintiffs do not consent and object to the imposition of a deadline for filing an amended complaint.[1]

---

[1] Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs retain their twenty-one days to amend as of right until such time as a motion to dismiss or an answer is served. To date, neither a motion to dismiss nor an answer has been served in this matter.

**PENNSYLVANIA | NEW YORK | NEW JERSEY | DELAWARE**
**WEST VIRGINIA | FLORIDA | TEXAS**

**The Willis Law Group, PLLC** | 1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main | (214) 736.9994 - Facsimile
TheWillisLawGroup.com | E-Service Address: service@thewillislawgroup.com

      If this Court is inclined to impose such deadline over Plaintiffs' objection, Plaintiffs request the such deadline only be imposed after the benefit of a pre-motion conference and at least thirty (30) days thereafter to file the amended complaint.

                                  Respectfully submitted,

                                  */s/ William J. Clay*
                                  William J. Clay

cc: All Counsel of Record via ECF