

**McDonald Worley, LLC**
57 West 57th Street Suite 411
New York, New York 10019
212.600.0000 | 346.335.4293
laborlaw@mcdonaldworley.com

**April 20, 2026**

**By ECF and e-mail**
William Clay, Esq. (wclay@thewillislawgroup.com)
Michael Graves, Esq. (mgraves@thewillislawgroup.com)
The Willis Law Group, PLLC
1985 Forest Lane
Garland, Texas 75042

> **RE:** *Ionian Re, LLC, et. al. v. Cedillo, et al.*
> **Case No. 1:24-cv-07969-DG-JRC**

Dear Counselors:

Please be advised that our office represents Defendant Wilson Barrezueta in this matter.  Enclosed herewith, pursuant to Judge Gujarati's rules, please find Mr. Barrezueta's Notice of Motion, and Memorandum of Law seeking dismissal of the action against him.

Should you have any problem opening the attached files please advise.  Thank you.

> Sincerely,
>
> McDONALD WORLEY, LLC
>
> s/*McDonald Worley*
> McDonald "Don" Worley

cc:     Attached Service List of Parties

**Query**     **Reports**     **Utilities**     **Help**     **Log Out**

**1:24-cv-07969-DG-JRC** Ionian Re, LLC et al v. Cedillo et al
Diane Gujarati, presiding
James R. Cho, referral
**Date filed:** 11/15/2024
**Date of last filing:** 04/13/2026

# Parties

**Carlos Figueroa-Orellana**
*Added: 11/15/2024*
*(Defendant)*

**Patricio Cedillo**
*Added: 11/15/2024*
*(Defendant)*

**Cristhian Orlando Montesdeoca Peralta**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Mark Muccigrosso**
Talkin Muccigrosso and Roberts NY
40 Exchange Place
Suite 1800
New York, Suite 1800
New York, NY 10005
212-482-0007
markm@talkinlaw.com
*Assigned: 03/13/2025*
*ATTORNEY TO BE NOTICED*

**Sanford Talkin**
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place
18th Floor
New York, NY 10005
212-482-0007
212-482-1303 (fax)
samt@talkinlaw.com
*Assigned: 01/27/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DNA Contracting & Waterproofing LLC**
*Added: 11/15/2024*
*(Plaintiff)*

represented by

**William Clay**
The Willis Law Group
6600 Naaman Forest Blvd.
Garland, TX 75044
214-736-9433
wclay@thewillislawgroup.com

*Assigned: 11/15/2024*
*ATTORNEY TO BE NOTICED*

**Michael A Graves**
The Willis Law Group, PLLC
1985 Forest Lane
Garland, TX 75042
214-736-9433
mgraves@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Olivia Taylor Knott**
The Willis Law Group
1985 Forest Lane
Garland, TX 11743
469-666-3880
oknott@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Aaron Eitan Meyer**
The Willis Law Group
1985 Forest Lane
Garland, TX 75042
214-736-9433
ameyer@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Erik M. Barrezueta Orellana**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Jeff Alan Chabrowe**
Law Office of Jeffrey Chabrowe
521 Fifth Avenue
17th Floor
New York, NY 10175
917-529-3921
jeff@chabrowe.com
*Assigned: 02/05/2025*
*ATTORNEY TO BE NOTICED*

**Erwin Marcelo Guarango-Marin**
*Added: 11/15/2024*
*(Defendant)*

**Freddy Fajardo**
15 Spruce Street
Apt A
Danbury, CT 06810
347-235-1106

*Added: 11/15/2024*
*(Defendant)*
PRO SE

**Kenneth Halperin**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Michael Joseph Cinnamon**
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
212-488-1200
michael.cinnamon@kobrekim.com
*Assigned: 04/02/2025*
*ATTORNEY TO BE NOTICED*

**Jonathan David Cogan**
Kobre & Kim LLP
800 Third Avenue Floor 6
New York, NY 10022
212-488-1200
jonathan.cogan@kobrekim.com
*Assigned: 04/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Sgambato Johnson**
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
202-664-1900
sydney.johnson@kobrekim.com
*Assigned: 04/02/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Warren**
Kobre & Kim LLP
800 3rd Ave
6th Floor
10022
New York, NY 10022
212-488-1200
rachel.warren@kobrekim.com
*Assigned: 02/03/2026*
*ATTORNEY TO BE NOTICED*

**Ionian Re, LLC**
*Added: 11/15/2024*
*(Plaintiff)*

represented by

**William Clay**
The Willis Law Group
6600 Naaman Forest Blvd.
Garland, TX 75044
214-736-9433

wclay@thewillislawgroup.com
*Assigned: 11/15/2024*
*ATTORNEY TO BE NOTICED*

**Michael A Graves**
The Willis Law Group, PLLC
1985 Forest Lane
Garland, TX 75042
214-736-9433
mgraves@thewillislawgroup.com
*Assigned: 04/28/2025*
*ATTORNEY TO BE NOTICED*

**Olivia Taylor Knott**
The Willis Law Group
1985 Forest Lane
Garland, TX 11743
469-666-3880
oknott@thewillislawgroup.com
*Assigned: 04/28/2025*
*ATTORNEY TO BE NOTICED*

**James John Mahon, Jr.**
The Willis Law Group PLLC
1985 Forest Lane
Garland, TX 75042
214-736-9994
jmahon@beckerlawyers.com
*Assigned: 02/18/2026*
*ATTORNEY TO BE NOTICED*

**Aaron Eitan Meyer**
The Willis Law Group
1985 Forest Lane
Garland, TX 75042
214-736-9433
ameyer@thewillislawgroup.com
*Assigned: 04/28/2025*
*ATTORNEY TO BE NOTICED*

**John Does "1-50"**
*Added: 11/15/2024*
*(Defendant)*

**Johnny Geovanny Clavijos Fajardo**
*Added: 11/15/2024*
*(Defendant)*

**Miguel Angel Teleguario Tzay**
*Added: 11/15/2024*
*(Defendant)*

**Milton Javier Guarango-Marin**
*Added: 11/15/2024*
*(Defendant)*

**I. Bryce Moses**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Michael Joseph Cinnamon**
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
212-488-1200
michael.cinnamon@kobrekim.com
*Assigned: 04/02/2025*
*ATTORNEY TO BE NOTICED*

**Jonathan David Cogan**
Kobre & Kim LLP
800 Third Avenue Floor 6
New York, NY 10022
212-488-1200
jonathan.cogan@kobrekim.com
*Assigned: 04/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Sgambato Johnson**
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
202-664-1900
sydney.johnson@kobrekim.com
*Assigned: 04/02/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Warren**
Kobre & Kim LLP
800 3rd Ave
6th Floor
10022
New York, NY 10022
212-488-1200
rachel.warren@kobrekim.com
*Assigned: 02/03/2026*
*ATTORNEY TO BE NOTICED*

**Ronald Efrain Bravo**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Gary Farrell**
Gary Farrell
40 Exchange Place, Suite 1800
New York, NY 10005
212-822-1434
garyfesq@aol.com
*Assigned: 02/04/2025*
*ATTORNEY TO BE NOTICED*

**Rosario Guillermina Cedillo**
*Added: 11/15/2024*
*(Defendant)*

**Philip Russotti**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Michael Joseph Cinnamon**
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
212-488-1200
michael.cinnamon@kobrekim.com
*Assigned: 04/02/2025*
*ATTORNEY TO BE NOTICED*

**Jonathan David Cogan**
Kobre & Kim LLP
800 Third Avenue Floor 6
New York, NY 10022
212-488-1200
jonathan.cogan@kobrekim.com
*Assigned: 04/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Sgambato Johnson**
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
202-664-1900
sydney.johnson@kobrekim.com
*Assigned: 04/02/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Warren**
Kobre & Kim LLP
800 3rd Ave
6th Floor
10022
New York, NY 10022

212-488-1200
rachel.warren@kobrekim.com
*Assigned: 02/03/2026*
*ATTORNEY TO BE NOTICED*

**William Schwitzer**
*Added: 11/15/2024*
*(Defendant)*

represented
by

**John Frederick Carman**
John Carman, Esq.
666 Old Country Road
Garden City, NY 11530
(516) 683-3600
516-683-8410 (fax)
john@johncarmanlaw.com
*Assigned: 02/10/2025*
*ATTORNEY TO BE NOTICED*

**Clifford H. Shapiro**
*Added: 11/15/2024*
*(Defendant)*

represented
by

**Michael Joseph Cinnamon**
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
212-488-1200
michael.cinnamon@kobrekim.com
*Assigned: 04/02/2025*
*ATTORNEY TO BE NOTICED*

**Jonathan David Cogan**
Kobre & Kim LLP
800 Third Avenue Floor 6
New York, NY 10022
212-488-1200
jonathan.cogan@kobrekim.com
*Assigned: 04/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Sgambato Johnson**
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
202-664-1900
sydney.johnson@kobrekim.com
*Assigned: 04/02/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Warren**
Kobre & Kim LLP
800 3rd Ave
6th Floor
10022

New York, NY 10022
212-488-1200
rachel.warren@kobrekim.com
*Assigned: 02/03/2026*
*ATTORNEY TO BE NOTICED*

**Skyline Restoration Inc.**
*Added: 11/15/2024*
*(Plaintiff)*

represented by

**William Clay**
The Willis Law Group
6600 Naaman Forest Blvd.
Garland, TX 75044
214-736-9433
wclay@thewillislawgroup.com
*Assigned: 11/15/2024*
*ATTORNEY TO BE NOTICED*

**Michael A Graves**
The Willis Law Group, PLLC
1985 Forest Lane
Garland, TX 75042
214-736-9433
mgraves@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Olivia Taylor Knott**
The Willis Law Group
1985 Forest Lane
Garland, TX 11743
469-666-3880
oknott@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Aaron Eitan Meyer**
The Willis Law Group
1985 Forest Lane
Garland, TX 75042
214-736-9433
ameyer@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Eric D. Subin**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Joseph John Ortego**
Nixon Peabody LLP
275 Broadhollow Road
Suite 300
Melville, NY 11747-4817
516-832-7564
866-947-2079 (fax)
jortego@nixonpeabody.com

*Assigned: 02/07/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Weinholtz**
Nixon Peabody LLP
40 Fountain Plaza
Suite 500
Buffalo, NY 14202-2224
716-853-8141
866-283-1399 (fax)
jweinholtz@nixonpeabody.com
*Assigned: 02/07/2025*
*ATTORNEY TO BE NOTICED*

**Herbert S. Subin**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Joseph John Ortego**
Nixon Peabody LLP
275 Broadhollow Road
Suite 300
Melville, NY 11747-4817
516-832-7564
866-947-2079 (fax)
jortego@nixonpeabody.com
*Assigned: 03/11/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Weinholtz**
Nixon Peabody LLP
40 Fountain Plaza
Suite 500
Buffalo, NY 14202-2224
716-853-8141
866-283-1399 (fax)
jweinholtz@nixonpeabody.com
*Assigned: 03/11/2025*
*ATTORNEY TO BE NOTICED*

**Subin & Associates, LLC**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Joseph John Ortego**
Nixon Peabody LLP
275 Broadhollow Road
Suite 300
Melville, NY 11747-4817
516-832-7564
866-947-2079 (fax)
jortego@nixonpeabody.com
*Assigned: 02/07/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Weinholtz**
Nixon Peabody LLP
40 Fountain Plaza
Suite 500
Buffalo, NY 14202-2224
716-853-8141
866-283-1399 (fax)
jweinholtz@nixonpeabody.com
*Assigned: 02/07/2025*
*ATTORNEY TO BE NOTICED*

**Urban D.C. Inc.**
*Added: 11/15/2024*
*(Plaintiff)*

represented
by

**William Clay**
The Willis Law Group
6600 Naaman Forest Blvd.
Garland, TX 75044
214-736-9433
wclay@thewillislawgroup.com
*Assigned: 11/15/2024*
*ATTORNEY TO BE NOTICED*

**Michael A Graves**
The Willis Law Group, PLLC
1985 Forest Lane
Garland, TX 75042
214-736-9433
mgraves@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Olivia Taylor Knott**
The Willis Law Group
1985 Forest Lane
Garland, TX 11743
469-666-3880
oknott@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**Aaron Eitan Meyer**
The Willis Law Group
1985 Forest Lane
Garland, TX 75042
214-736-9433
ameyer@thewillislawgroup.com
*Assigned: 04/29/2025*
*ATTORNEY TO BE NOTICED*

**William Schwitzer & Associates, P.C.**
*Added: 11/15/2024*
*(Defendant)*

represented by

**John Frederick Carman**
John Carman, Esq.
666 Old Country Road
Garden City, NY 11530
(516) 683-3600
516-683-8410 (fax)
john@johncarmanlaw.com
*Assigned: 12/23/2025*
*ATTORNEY TO BE NOTICED*

**Wilson Barrezueta**
*Added: 11/15/2024*
*(Defendant)*

represented by

**McDonald Scott Worley**
McDonald Worley LLC
57 W 57th Street
Room 411
New York, NY 10019
212-600-0000
laborlaw@mcdonaldworley.com
*Assigned: 04/23/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wingate, Russotti, Shapiro, Moses & Halperin, LLP**
*Added: 11/15/2024*
*(Defendant)*

represented by

**Michael Joseph Cinnamon**
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
212-488-1200
michael.cinnamon@kobrekim.com
*Assigned: 04/02/2025*
*ATTORNEY TO BE NOTICED*

**Jonathan David Cogan**
Kobre & Kim LLP
800 Third Avenue Floor 6
New York, NY 10022
212-488-1200
jonathan.cogan@kobrekim.com
*Assigned: 04/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Sgambato Johnson**
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
202-664-1900
sydney.johnson@kobrekim.com
*Assigned: 04/02/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Rachel Warren**
Kobre & Kim LLP
800 3rd Ave
6th Floor
10022
New York, NY 10022
212-488-1200
rachel.warren@kobrekim.com
*Assigned: 02/03/2026*
*ATTORNEY TO BE NOTICED*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/20/2026 16:37:13 | | | |
| **PACER Login:** | MWPC1770 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 1:24-cv-07969-DG-JRC |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |