

June 19, 2026

**<u>Via ECF and Electronic Mail</u>**
Joseph J. Ortego, Esq.
John J. Weinholtz, Esq.
Nixon Peabody LLP
Tower 46
55 W 46th St., 24th Fl
New York, NY 10036

  **Re:** ***Ionian Re, LLC v. Cedillo, et al.; Case No. 1:24-cv-07969-DG-JRC***

Dear Counselors:

Pursuant to the Court's Individual Rule III(B)(4) and in accordance with Local Civil Rules 7.1 and 11.1, and all other applicable rules of the Federal Rules of Civil Procedure and Local Civil Rules of the Eastern District of New York, Plaintiff, Ionian Re, LLC, hereby serves the following on Defendants Subin & Associates, LLC, Herbert S. Subin, and Eric D. Subin (collectively, "Subin Defendants"):

- Memorandum of Law in Opposition to Subin Defendants' Motion to Dismiss.

    Respectfully Submitted,

    */s/ William J. Clay*
    William J. Clay

cc: Hon. Diane Gujarati (via ECF)
   All Counsel of Record (via Email and ECF)

**PENNSYLVANIA I NEW YORK I NEW JERSEY I DELAWARE I WEST VIRGINIA I FLORIDA I TEXAS**

**The Willis Law Group, PLLC** | 1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main | (214) 736.9994 - Facsimile
**TheWillisLawGroup.com** | **E-Service Address: service@thewillislawgroup.com**